IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TERRY ROCKETTE**                      **PLAINTIFF**

**V.**                      **NO: 3:23CV407-GHD-JMV**

**THE CITY OF WATER VALLEY, MS; THE CARPENTER MANAGEMENT COMPANY; BERKSHIRE APARTMENT; and DANIEL MARTIN**                      **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This matter is before the Court on United States Magistrate Judge Virden's Report and Recommendations [4]. As set forth in her Report, Judge Virden recommends that Plaintiff Rockette's application to proceed *in forma pauperis* [2] be denied. The Court finds that the Report was entered on November 14, 2023, and duly served by mail upon the *pro* se plaintiff at their last known address, which is the address provided by the plaintiff on the docket, and that no objection to the Report and Recommendations has been filed or served by any party and the time for doing so has passed. The Magistrate Judge's Report and Recommendations should therefore be approved and adopted as the opinion of the Court.

It is therefore ORDERED that the Report and Recommendations of United States Judge Virden [4] is hereby APPROVED AND ADOPTED as the opinion of this Court, and Plaintiff's Motion to Proceed *in forma pauperis* is DENIED.

SO ORDERED, this the 12 day of December, 2023.

                                            SENIOR U.S. DISTRICT JUDGE